IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANNY G. TERRY,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY and HELLER FIRST CAPITAL CORP or its successors and assigns,

Defendants.                                             Case No. 16-cv-320-DRH

## ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal with prejudice (Doc. 15). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES**, this case is **WITH PREJUDICE** and **WITHOUT COSTS**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

**IT IS SO ORDERED.**

Signed this 24th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.24 14:50:19 -05'00'

**United States District Judge**